

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-21-00105-CR,
06-21-00106-CR, &
06-21-00107-CR

MARIO RAMIREZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court Nos. CR20,557, CR20,558, & CR20,559

Before Morriss, C.J., Stevens and Carter,* JJ.

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# O R D E R

Appellant Mario Ramirez appeals from his convictions of theft, aggravated kidnapping, and aggravated robbery. On January 18, 2022, Ramirez's court-appointed appellate counsel filed *Anders*[1] briefs in his three companion appeals, and on January 31, 2022, Ramirez filed pro se motions for access to the appellate records for purposes of preparing responses to his counsel's *Anders* briefs. Ramirez's motions for access to the appellate records are granted. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Ramirez's access to those records.

On February 4, 2022, Ramirez's appointed counsel informed this Court that he mailed paper copies of the appellate records to Ramirez. On February 9, 2022, this Court forwarded copies of the digitally recorded exhibits that were a part of Ramirez's appellate records to prison officials at the Texas Department of Criminal Justice's Torres Unit and, by copy of this order, request that those officials afford Ramirez a means of reviewing those exhibits. Allowing fifteen days from the date of this order for the records to be delivered to Ramirez and for him to review the digitally recorded exhibits that are part of those records and giving Ramirez thirty days to prepare his pro se response(s), we hereby set March 28, 2022, as the deadline for Ramirez to file his pro se response(s) to his counsel's *Anders* briefs.

IT IS SO ORDERED.

BY THE COURT

DATE:         February 9, 2022

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).